# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**BEVERLY STARNES, et al.,**

    **Plaintiffs,**

v.                                                                    Case No.:  2:12-CV-02903-RDP

**REGIONS BANK, et al.,**

    **Defendants.**

## ORDER

Before the court is a Motion for Admission Pro Hac Vice of Don J. Foty (Doc. # 9) and a Motion for Admission Pro Hac Vice of Galvin B. Kennedy (Doc. #10), filed on October 9, 2012. The Motions (Docs. # 9, #10) are **CONDITIONALLY GRANTED**.

**On or before October 22, 2012**, Attorneys Foty and Kennedy **SHALL**:

1. Pay the filing fee of $50.00; and

2. Certify to the court that he has read and understands:

    (a) Any local rules applicable in this District;

    (b) The Alabama State Bar Pledge of Professionalism which can be accessed at http://www.alabar.org/service/Pledge.cfm; and

    (c) This court's CM/ECF requirements.

Failure to submit the above items will result in vacatur of the conditional grant of the motions.

**DONE** and **ORDERED** this ____11th____ day of October, 2012.

                                            **R. DAVID PROCTOR**
                                            UNITED STATES DISTRICT JUDGE