# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BEVERLY STARNES, et al.,** | } |
| Plaintiffs, | } |
| v. | }   Case No.:   2:12-CV-02903-RDP |
| **REGIONS BANK,** | } |
| Defendant. | } |

## ORDER OF DISMISSAL

This matter is before the court on the parties' Joint Motion for Approval of Settlement Agreement (Doc. #45), filed on January 10, 2014.   The court has a duty to scrutinize the proposed settlement for fairness.  *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1353 (11th Cir. 1982). The court finds that the parties have reached an agreement based on a negotiated, good faith compromise of a *bona fide* dispute of back wages under the FLSA.   Furthermore, the court finds that the agreement reflects a fair and reasonable resolution of the dispute between the parties. Therefore, the proposed settlement is hereby **APPROVED**.   Accordingly, the Joint Motion for Approval of Settlement Agreement (Doc. #45) is **GRANTED**.   The court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this January 13, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE